Cite as 2022 Ark. 223

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE APPOINTMENTS OF MEMBERS TO THE ARKANSAS SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT | **Opinion Delivered:** December 15, 2022 |

## PER CURIAM

Effective January 1, 2023, the following members are appointed to the Arkansas Supreme Court Committee on Professional Conduct for six-year terms ending on December 31, 2028, unless otherwise specified below:

Larry Jegley of Little Rock (Panel A attorney member—Second Congressional District, appointment expires on December 31, 2026);

Marshall Ney of Rogers (Panel A attorney member—Third Congressional District, reappointment to second term after previously serving on Panel C);

Carlton Saffa of Little Rock (Panel B non-attorney member—statewide at large, reappointment to second term after previously serving on Panel C);

JaNan Arnold Thomas of Little Rock (Panel C attorney member—Second Congressional District, appointment to first full term);

Susan Kendall of Rogers (Panel C attorney member—statewide at large, appointment to an initial term);

Judith Humphries of Little Rock (Panel C non-attorney member—statewide at large, appointment to an initial term);

Joe Jett of Success (Panel D non-attorney member—statewide at large, appointment expires on December 31, 2023).

The Court expresses its appreciation to each of these Committee members for his or her willingness to accept this important assignment.

The Court also expresses its appreciation to the following Committee members whose valuable and faithful service to the Court, the Committee, the legal profession, and the public will be completed on December 31, 2022:

Heather Zachary of Little Rock (Panel A attorney member—Second Congressional District);

Mark Martin of Fayetteville (Panel A attorney member—Third Congressional District);

Miles Kimble of Forrest City (Panel B non-attorney member—statewide at large);

Mitchell Lowe of Little Rock (Panel D non-attorney member—statewide at large).